EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Lisa Marie Nieves Oslán | 2024 TSPR 106<br><br>214 DPR ___ |

Número del Caso:  TS-17,377

Fecha:  7 de octubre de 2024

Representante Legal de la peticionaria:

        Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Lisa Marie Nieves Oslán          TS-17,377

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de octubre de 2024.

Examinada la *Segunda Moción de Reinstalación al Ejercicio de la Profesión,* presentada por Lisa Marie Nieves Oslán, se le reinstala al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la licenciada Nieves Oslán actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo